IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUIS CABRERA,

      Plaintiff,

v.

LONG BEACH MORTGAGE, et al.

      Defendants.

No. C-10-03143-DMR

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE**

On September 14, 2010, Defendants filed a Motion to Dismiss Under Rule 12. *See* Docket No. 9. Defendants noticed a hearing on the Motion to Dismiss for October 27, 2010 at 9:30 a.m.

Pursuant to 28 U.S.C. § 636(c), a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. No parties in the above-captioned case have filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendants' Motion to Dismiss set for October 27, 2010 at 9:30 a.m. is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing.

IT IS SO ORDERED.

Dated: September 15, 2010

                                              DONNA M. RYU
                                              United States Magistrate Judge