1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABRERA, | No. C 10-03143 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LONG BEACH MORTGAGE ET AL, | |
| Defendant. | |
| _____/ | |

The Court, having dismissed with prejudice the federal causes of action in the First Amended Complaint, hereby enters judgment on those causes of action for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: March 28, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2010\3143\judgment.wpd